United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 13, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-51214
Conference Calendar

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

WILMER JEOVANNY SIERRA-SUAZO, also known as Wilmer
Geovany Sierra-Suazo, also known as Wilmer Geovany Suazo,
also known as Wilmer Sierra, also known as Juan Carlos Mejia,
also known as Juan Mejia, also known as Juan Carlos Aguilar-
Barahona, also known as Juan Aguilar Barahona, also known
as Juan Carlos Aguilar Barahona,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:05-CR-70-ALL
--------------------

Before DAVIS, BARKSDALE, and DeMOSS, Circuit Judges.

PER CURIAM:*

    Appealing the Judgment in a Criminal Case, Wilmer Jeovanny Sierra-Suazo raises arguments that are foreclosed by Almendarez-Torres v. United States, 523 U.S. 224, 235 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

    * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.